**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**GSC TECHNOLOGIES CORPORATION,**

                 Plaintiff,        **STIPULATION AND ORDER**
    v.                                 **CONCERNING DISCONTINUANCE**

**UMBRA, LLC and**                        Civil No.:  06-CV-0816S(Sc)
**UMBRA, INC.,**
                 **Defendant.**

---

        **IT IS HEREBY STIPULATED AND AGREED**, by and between all of the parties, through their respective counsel, as follows:

        1.   The signed Confidential Settlement Agreement and Release and First Amendment to Confidential Settlement Agreement and Release approved by the Court is annexed as Exhibit 1.

        2.   As a result of such Court approval, this action shall be discontinued pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, subject to the Settlement Agreement between the parties, **without prejudice** and without costs to any party.

Dated: Buffalo, New York
       May 23, 2007

SCHRÖDER, JOSEPH & ASSOCIATES, LLP    KAVINOKY COOK LLP

 /s/ Linda H. Joseph                              /s/ Randolph C. Oppenheimer
Linda H. Joseph, Esq.                             Randolph C. Oppenheimer
*Attorneys for Plaintiff*                              *Attorneys for Defendants*
766 Ellicott Street                                    726 Exchange Street, Suite 800
Buffalo, New York 14203                      Buffalo, New York 14203
Tel. (716) 881-4900                                  Tel. (716) 881-4900
Fax (716) 881-4909                                  Fax (716) 881-4909
E-mail:  ljoseph@sjalegal.com             E-mail:  roppenheimer@kavinokycook.com

- 2 -

**SO ORDERED**:

_____
Hon. William M. Skretny
United States District Court Judge
Dated:  May ___, 2007

07067/28271/289970